UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MARK MARTINEZ,

                Defendant.

11-CR-1032-24 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 66074-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2019
      New York, New York